UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY HERNANDEZ ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>vs<br><br>FRANCO'S FASHION INC | N<br>COURT DATE & TIME: AT<br>INDEX #: 23-CV-9355<br>DATE FILED: 12/21/2023<br>Job #: 584520<br>Client File#<br><br>STEIN SAKS, PLLC<br>ONE UNIVERSITY PLAZA<br>SUITE 620<br>HACKENSACK, NJ 07601 |

CLIENT'S FILE NO.:    **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, Ricardo Curo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 12/29/2023 at 2:35 PM at 94-17 ROOSEVELT AVE, JACKSON HEIGHTS, NY 11372, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with Isabel Perves for FRANCO'S FASHION INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female, **Approx Skin**: Brown, **Approx Hair**: Black
Other:

Sworn to before me on 1/2/24
EUGENE SOKOLOV #01SO0000204
Notary Public State of New York
RICHMOND County, Commission Expires 02/02/2027

Ricardo Curo
2034227

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*